IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOHN FRANCIS BOZZA,

Defendant(s)

CRIMINAL CASE NO.
1:95-CR-79-01-JEC

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 11 2006

LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

### ORDER

At the May 8, 2006 revocation hearing, the Court neglected to state on the record the Guideline Range when it imposed sentence.

Accordingly, to complete the record, the range was 18-24 months. Even assuming that the range was lower, however, the Court would have imposed the maximum two year sentence, given the egregious circumstances of this case.

SO ORDERED this __9__ day of MAY, 2006.

[signature]
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)